Timothy W. Loose, SBN 241037
 tloose@gibsondunn.com
Lauren M. Blas, SBN 296823
 lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Tel.: 213.229.7000

Attorneys for Defendant Amazon.com
Services LLC

(*Additional Attorneys listed on next page*)

Craig J. Ackermann (SBN 229832)
 cja@ackermanntilajef.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: 310-277-0614
Facsimile: 310-277-0635

Attorneys for Plaintiff David George Williams
 and all others similarly situated

(*Additional Attorney listed on next page*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID GEORGE WILLIAMS, on behalf of himself and all other similarly situated employees,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 3:22-CV-1892-VC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>CMC Date: March 1, 2023<br>CMC Time: 1:00 p.m.<br>Judge: Hon. Vince Chhabria |

Ariana H. Sañudo, SBN 324361
  ASanudo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000

Kory Hines, admitted *pro hac vice*
  khines@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212-351-4000

Attorney for Defendant
Amazon.com Services LLC

Joshua Klugman (SBN 26905)
  esquirejosh@yahoo.com
JOSHUA KLUGMAN, ESQ.
1180 South Beverly Drive, Suite 601
Los Angeles, CA 90035
Telephone: 424-248-5148

Attorney for Plaintiff David George Williams
and all others similarly situated

## JOINT CASE MANAGEMENT STATEMENT

Plaintiff David George Williams ("Plaintiff") and Defendant Amazon.com Services LLC ("Defendant") have stipulated and agreed, by and through their undersigned counsel, to continue the Further Case Management Conference set for March 1, 2023 to April 12, 2023 (or such other date as this Court is available) or a date thirty days following the Court's ruling on Plaintiff's Motion for Class Certification, whichever is later.  The parties have also stipulated and agreed to continue the due date of the Case Management Statement set for February 22, 2023 to a date seven days before the date of the continued Further Case Management Conference.  On February 21, 2023, the parties filed a Joint Stipulation (Dkt. 49; Ex. A) respectfully requesting, subject to this Court's approval, that the Further Case Management Conference and accompanying Case Management Statement be continued for good cause.

Dated: February 22, 2023

Respectfully submitted,

ACKERMANN & TILAJEF, P.C.

*/s/  Craig J. Ackermann*
CRAIG J. ACKERMANN (SBN 229832)
cja@ackermanntilajef.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
(310) 277-0614
(310) 277-0635 (Fax)

JOSHUA KLUGMAN (SBN 26905)
esquirejosh@yahoo.com
JOSHUA KLUGMAN, ESQ.
1180 South Beverly Drive, Suite 601
Los Angeles, CA 90035
Telephone: 424-248-5148

*Attorneys for Plaintiff David George Williams, the putative Class, the LWDA, and the other Aggrieved Employees*

Dated: February 22, 2023            GIBSON, DUNN & CRUTCHER LLP

*/s/ Lauren M. Blas*
Timothy W. Loose (SBN 241037)
tloose@gibsondunn.com
Lauren M. Blas (SBN 296823)
lblas@gibsondunn.com
Ariana Sañudo (SBN 324361)
asanudo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000

Kory Hines, admitted *pro hac vice*
khines@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212-351-4000

*Attorneys for Defendant Amazon.com Services LLC*

## ECF ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated:  February 22, 2023            GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Lauren M. Blas*
        Lauren M. Blas

*Attorneys for Defendant Amazon.com Services LLC*