Timothy W. Loose, SBN 241037
  tloose@gibsondunn.com
Lauren M. Blas, SBN 296823
  lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Tel.: 213.229.7000

Attorneys for Defendant Amazon.com Services LLC

(*Additional Attorneys listed on next page*)

Craig J. Ackermann (SBN 229832)
  cja@ackermanntilajef.com
ACKERMANN & TILAJEF, P.C.
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: 310-277-0614
Facsimile: 310-277-0635

Attorneys for Plaintiff David George Williams
 and all others similarly situated

(*Additional Attorney listed on next page*)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID WILLIAMS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO.:  3:22-CV-01892-VC<br><br>**NOTICE OF FILING OF REVISED SETTLEMENT AGREEMENT**<br><br>Hearing Date: July 13, 2023<br>Hearing Time: 1:00 p.m.<br>Hearing Place: Courtroom 5<br>Judge:  Honorable Vince Chhabria<br><br>Action Filed: March 18, 2021<br>FAC Filed: May 5, 2021<br>SAC Filed: March 8, 2022<br>Removal Date: March 24, 2022<br>TAC Filed: June 21, 2022 |

1

Ariana H. Sañudo, SBN 324361
 ASanudo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000

Kory Hines, admitted *pro hac vice*
 khines@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212-351-4000

Attorneys for Defendant
Amazon.com Services LLC

Joshua Klugman (SBN 236905)
 esquirejosh@yahoo.com
JOSHUA KLUGMAN, ESQ.
9538 Pico Boulevard, Suite 200
Los Angeles, CA 90035
Telephone: 424-248-5148

Attorney for Plaintiff David George Williams
and all others similarly situated

NOTICE OF FILING OF REVISED SETTLEMENT AGREEMENT
CASE NO. 3:22-CV-1892-VC

Pursuant to the Court's Order of July 24, 2023, Plaintiff DAVID GEORGE WILLIAMS and Defendant AMAZON.COM SERVICES LLC (collectively referred to as "the Parties"), by and through their respective counsel, hereby submit their Revised Settlement Agreement and Release of Class Action (the "Revised Settlement Agreement"), which reflects the revised class definition in the Parties' supplemental filing (Dkt. 66). Counsel have conferred with their clients and represent that their clients have no objections to these revisions to the Settlement Agreement. The Parties' Revised Settlement Agreement is attached hereto as **Exhibit A**. The parties previously submitted a revised Proposed Order (Dkt. 66-1) and Class Notice (Dkt. 66-2) reflecting the revised class definition.

Dated: July 26, 2023

Respectfully submitted,

ACKERMANN & TILAJEF, P.C.

 /s/ *Craig J. Ackermann*
CRAIG J. ACKERMANN (SBN 229832)
cja@ackermanntilajef.com
ACKERMANN & TILAJEF, P.C.
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
(310) 277-0614
(310) 277-0635 (Fax)

JOSHUA KLUGMAN (SBN 236905)
esquirejosh@yahoo.com
JOSHUA KLUGMAN, ESQ.
9538 Pico Boulevard, Suite 200
Los Angeles, CA 90035
Telephone: 424-248-5148

*Attorneys for Plaintiff David George Williams, the putative Class, the LWDA, and the other Aggrieved Employees*

| | |
|---|---|
| Dated: July 26, 2023 | GIBSON, DUNN & CRUTCHER LLP |

                                          */s/ Lauren M. Blas*
                                          Timothy W. Loose (SBN 241037)
                                          tloose@gibsondunn.com
                                          Lauren M. Blas (SBN 296823)
                                          lblas@gibsondunn.com
                                          Ariana Sañudo (SBN 324361)
                                          asanudo@gibsondunn.com
                                          GIBSON, DUNN & CRUTCHER LLP
                                          333 South Grand Avenue
                                          Los Angeles, CA 90071-3197
                                          Telephone: 213-229-7000

                                          Kory Hines, admitted *pro hac vice*
                                          khines@gibsondunn.com
                                          GIBSON, DUNN & CRUTCHER LLP
                                          200 Park Avenue
                                          New York, NY 10166-0193
                                          Telephone: 212-351-4000

                                          *Attorneys for Defendant Amazon.com Services LLC*