**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (SBN 229832)
cja@ackermanntilajef.com
Avi Kreitenberg (SBN 266571)
ak@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Phone: (310) 277-0614
Fax: (310) 277-0635

**JOSHUA KLUGMAN, ESQ.**
Joshua Klugman (SBN 236905)
esquirejosh@yahoo.com
9538 Pico Boulevard, Suite 200
Los Angeles, California 90035
Phone: (424) 248-5148

Attorneys for Plaintiff and the Putative Class

*Additional Counsel Listed on Next Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:22-CV-1892-VC<br><br>CLASS ACTION<br><br>**DECLARATION OF CASSANDRA POLITES OF ILYM GROUP, INC., IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: January 18, 2024<br>Time: 1:00 p.m.<br><br>Judge: Honorable Vince Chhabria<br>Dept.: 5 |

1 **GIBSON, DUNN & CRUTCHER LLP**
Timothy W. Loose (SBN 241037)
2 tloose@gibsondunn.com
Lauren M. Blas (SBN 296823)
3 lblas@gibsondunn.com
Ariana H. Sanundo (SBN 324361)
4 asanudo@gibsondunn.com
333 South Grand Avenue
5 Los Angeles, California 90071-3197
6 Phone: (213) 229-7000

7 **GIBSON, DUNN & CRUTCHER LLP**
Kory Hines (admitted *pro hac vice*)
8 khines@gibsondunn.com
200 Park Avenue
9 New York, New York 10166
10 Phone: (212) 351-4000

11 Attorneys for Defendant

I, Cassandra Polites, declare as follows:

1.  I am a resident of the United States of America and am over the age of 18. I am the Case Manager for ILYM Group, Inc., (herein after referred to as "ILYM Group"), the professional settlement services provider who has been retained by the Parties' Counsel and subsequently appointed by the Court to serve as the Claims Administrator for the above captioned *Williams v. Amazon.Com Services LLC* matter. I am authorized to make this declaration on behalf of ILYM Group and myself. I have personal knowledge of the facts herein, and, if called upon to testify, I could and would testify competently to such facts.

2.  ILYM Group has extensive experience in administering Class Action Settlements, including direct mail services, database management, claims processing and settlement fund distribution services for Class Actions ranging in size from 26 to 4.5 million Settlement Class Members.

3.  ILYM Group was engaged by the Parties' Counsel and subsequently approved and appointed by the Court to provide notification services and claims administration, pursuant to the terms of the Settlement, in the above referenced Action. Duties performed to-date and to be performed after Final Approval of the Settlement is granted, include: (a) printing and mailing the *Notice of Class Action Settlement* (collectively referred to as "Notice Packet"); (b) receiving and processing requests for exclusion; (c) resolving Settlement Class Members' disputes over the number of months Defendants have record of them working during the Class Period, which was pre-printed on their individualized Class Notice; (d) calculating individual settlement award amounts; (e) processing and mailing settlement award checks; (f) handling tax withholdings as required by the Settlement and the law; (g) preparing, issuing and filing tax returns and other applicable tax forms; (h) handling the distribution of any unclaimed funds pursuant to the terms of the Settlement; and (i) performing other tasks as the Parties mutually agree to and/or the Court orders ILYM Group to perform.

4.  On July 28, 2023, ILYM Group received the Court approved text for the Notice Packet from Counsel for Plaintiff. ILYM Group prepared a draft of the formatted Notice Packet, which was approved by the Parties' Counsel and translated into Spanish and Vietnamese prior to mailing.

5.  On August 17, 2023, ILYM Group received the class data file from Counsel for Defendants, which contained the name, personnel number, social security number, last known mailing address, last known telephone number and employment dates for each Settlement Class Member. The data

1  file was uploaded to our database and checked for duplicates and other possible discrepancies. The Class
2  List contained 6,892 individuals who worked 150,080 months.

3        6.     As part of the preparation for mailing, all 6,892 names and addresses contained in the Class
4  List were then processed against the National Change of Address ("NCOA") database, maintained by the
5  United States Postal Service ("USPS"), for purposes of updating and confirming the mailing addresses of
6  the Settlement Class Members before mailing of the Notice Packet. The NCOA contains requested change
7  of addresses filed with the USPS. To the extent that an updated address was found in the NCOA database,
8  the updated address was used for the mailing of the Notice Packet. To the extent that no updated address
9  was found in the NCOA database, the original address provided by Counsel for Defendants was used for
10 the mailing of the Notice Packet.

11       7.     On September 14, 2023, the Notice Packet was mailed, via U.S First Class Mail, to all
12 6,892 individuals contained in the Class List. Attached hereto, as **Exhibit A**, is a true and correct copy of
13 the mailed Notice Packet.

14       8.     As of the date of this declaration, 150 Notice Packets have been returned to our office of
15 which 8 were returned with a forwarding address and promptly re-mailed to the forwarding address
16 provided. ILYM Group performed a computerized skip trace on the 142 returned Notice Packets that did
17 not have a forwarding address, in an effort to obtain an updated address for the purpose of re-mailing the
18 Notice Packet. As a result of this skip trace, 71 updated addresses were obtained and the Notice Packets
19 were promptly re-mailed to those Settlement Class Members, via U.S First Class Mail.

20       9.     As of the date of this declaration, a total of 79 Notice Packets have been re-mailed.
21 Specifically, 8 were re-mailed as a result of a forwarding address provided by the USPS and 71 have been
22 re-mailed as a result of ILYM Group's skip tracing efforts.

23       10.    As of the date of this declaration, a total of 71 Notice Packets have been deemed
24 undeliverable. Specifically, 71 have been deemed undeliverable as no updated address was found
25 notwithstanding the skip tracing.

26       11.    As of the date of this declaration, ILYM Group has received 19 requests for exclusion from
27 the Settlement. The deadline to request for exclusion from the Settlement was October 30, 2023.

28       12.    As of the date of this declaration, ILYM Group has not received any disputes. The deadline

1  to file a dispute was October 30, 2023.

2      13.    As of the date of this declaration, ILYM Group has not received an objection to the
3  Settlement. The deadline to file an objection to the Settlement was October 30, 2023.

4      14.    The Net Settlement Fund available to Settlement Class Members is estimated to be
5  $499,000.09 and was calculated by subtracting the requested attorneys' fees ($285,000.00), the amount
6  allocated for litigation costs and expenses ($83,499.91), the requested Enhancement Payment ($20,000.00),
7  the requested Settlement Administration Costs ($40,000.00), and the LWDA Payment ($22,500.00) from
8  the Gross Settlement Amount ($950,000.00).

9      15.    As of this date, there are 6,873 Class Members who did not submit a timely and valid
10  Request for Exclusion and are therefore deemed to be Settlement Class Members. The Individual Settlement
11  Award is allocated on a *pro rata* basis using the number of months worked.

12      16.    The *highest* Individual Settlement Share to a Settlement Class Member is currently
13  estimated to be approximately $117.80, the *average* Individual Settlement Share is currently estimated to be
14  approximately $78.03.  These amounts are subject to employee-side tax and withholdings.

15      17.    Pursuant to the Agreement, 25% of the PAGA Payment ($7,500.00) will be allocated to
16  Aggrieved Employees regardless of whether he or she opts outs of the Class Settlement ("Employee PAGA
17  Amount"); Aggrieved Employees cannot opt out of the PAGA Settlement. The Employee PAGA Amount
18  is allocated on a *pro rata* basis using their PAGA work months. There are 6,892 Aggrieved Employees who
19  worked 150,080 months during the PAGA period.

20      18.    The *highest* Individual PAGA Share to an Aggrieved Employee is currently estimated to be
21  approximately $1.64, the average Individual PAGA Share is currently estimated to be approximately $1.09.

22      19.    ILYM Group's total fees and costs for services in connection with the administration of this
23  Settlement, which includes fees and costs incurred to-date, as well as anticipated fees and costs for
24  completion of the settlement administration, are $40,000.00.  ILYM Group's work in connection with this
25  matter will continue with the calculation of the settlement award payments, issuance and mailing of the
26  settlement award checks, the necessary tax filing and reporting on such payments, and any other tasks that
27  the Parties mutually agree to and/or the Court orders ILYM Group to perform.

28

1
2      I declare under penalty of perjury under the laws of the State of California and the United States
3 that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed
4 this 8th day of November 2023, at Tustin, California.

5
6
7                                                           _____
8                                                           CASSANDRA POLITES
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28