**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (SBN 229832)
cja@ackermanntilajef.com
Avi Kreitenberg (SBN 266571)
ak@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
315 South Beverly Drive, Suite 610
Beverly Hills, California 90212
Phone: (310) 277-0614
Fax: (310) 277-0635

**JOSHUA KLUGMAN, ESQ.**
Joshua Klugman (SBN 236905)
esquirejosh@yahoo.com
9538 Pico Boulevard, Suite 200
Los Angeles, California 90035
Phone: (424) 248-5148

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID GEORGE WILLIAMS an individual, on behalf of the State of California, as a private attorney general, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 to 50,<br><br>Defendants. | CASE NO.: 3:22-CV-01892-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge: Honorable Vince Chhabria<br>Dept.: Courtroom 5<br>Hearing Date: January 18, 2024<br>Time: 1:00 p.m.<br><br>Action Filed: March 18, 2021<br>FAC Filed: May 5, 2021<br>SAC Filed: March 8, 2022<br>Removal Date: March 24, 2022<br>TAC Filed: June 21, 2022 |

The Court, having read and considered all of the papers of the Parties and their counsel, including Plaintiff's Motion for Attorneys' Fees and Costs, filed on or around September 22, 2023; and good cause appearing, pursuant to Rule 23(h) and 54(d) of the Federal Rules of Civil Procedure, HEREBY ORDERS AS FOLLOWS:

1. The Court finds and determines that reasonable attorneys' fees should be awarded to Ackermann & Tilajef, P.C. and Joshua Klugman, Esq., counsel for Plaintiff David George Williams and the Settlement Class, of 30% of the Gross Settlement Amount of $950,000.00. Specifically, the Court awards and grants final approval of the sum of $285,000.00 from the Gross Settlement Amount as reasonable attorneys' fees. Given that the fees are only one-third of the total lodestar expended, and given that the settlement was not a megafund case, the slight increase from the benchmark of 25% to 30% here is appropriate under the specific circumstances of this case. The Court will order that 10% of the attorneys' fees awarded be withheld from being distributed by the Settlement Administrator until after the Post-Distribution Accounting has been filed. The 10% withholding is appropriate because this case has been heavily litigated and because Class Counsel is not seeking a lodestar multiplier.

2. The Court finds and determines that $83.499.91 in costs is awarded to Ackermann & Tilajef, P.C. and Joshua Klugman, Esq. These costs were reasonably incurred by Class Counsel, and Class Counsel shall be reimbursed their costs from the Gross Settlement Amount.

**IT IS SO ORDERED.**

Dated: January 23, 2024

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA