**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (SBN 229832)
cja@ackermanntilajef.com
Avi Kreitenberg (SBN 266571)
ak@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Phone: (310) 277-0614
Fax: (310) 277-0635

**JOSHUA KLUGMAN, ESQ.**
Joshua Klugman (SBN 236905)
esquirejosh@yahoo.com
9538 Pico Boulevard, Suite 200
Los Angeles, California 90035
Phone: (424) 248-5148

Attorneys for Plaintiff and the Putative Class

*Additional Counsel Listed on Next Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:22-CV-1892-VC<br><br>CLASS ACTION<br><br>**DECLARATION OF CASSANDRA POLITES OF ILYM GROUP, INC., REGARDING DISBURSEMENT OF SETTLEMENT FUNDS** |

1  **GIBSON, DUNN & CRUTCHER LLP**
   Timothy W. Loose (SBN 241037)
2  tloose@gibsondunn.com
   Lauren M. Blas (SBN 296823)
3  lblas@gibsondunn.com
   Ariana H. Sanundo (SBN 324361)
4  asanudo@gibsondunn.com
5  333 South Grand Avenue
   Los Angeles, California 90071-3197
6  Phone: (213) 229-7000

7  **GIBSON, DUNN & CRUTCHER LLP**
   Kory Hines (admitted *pro hac vice*)
8  khines@gibsondunn.com
9  200 Park Avenue
   New York, New York 10166
10 Phone: (212) 351-4000

11 Attorneys for Defendant

I, Cassandra Polites, declare as follows:

1. I am a resident of the United States of America and am over the age of 18. I am the Operations Manager for ILYM Group, Inc., ("ILYM Group"), the professional settlement services provider that has been retained by the Parties to serve as the Settlement Administrator for the above captioned *Williams v. Amazon.Com Services LLC* matter. I am authorized to make this declaration on behalf of ILYM Group and myself. The following statements are based on my own personal knowledge and information provided by other ILYM Group employees working under my supervision and, if called upon to testify, I could and would testify competently to such facts.

2. ILYM Group was engaged by the Parties' Counsel and subsequently approved and appointed by the Court to provide claims administration, pursuant to the terms of the Settlement, in the above referenced Action. Duties performed include: mailing the Class Notice Packet to Class Members; posting notice of entry of final order and judgment certifying the Class Settlement and approving this Settlement Agreement; handling inquiries from Class Members concerning the Class Notice; determining Individual Settlement Amounts; determining individual payments to members of the PAGA Settlement Class; maintaining the settlement funds in an appropriate interest-bearing account; preparing, administrating, and distributing Individual Settlement Amounts to Class Participants; preparing, administrating, and distributing individual payments to members of the PAGA Settlement Class; distributing the portion of the PAGA Payment payable to the LWDA; issuing a final report; handling all tax document preparation and reporting, if any, and performing such other duties as the Parties may direct.

3. On January 23, 2024, the Court granted final approval of the class action settlement. The settlement provides for a Gross Settlement Amount of $950,000.00. The Court approved Class Counsel's attorneys' fees in the amount of $285,000.00, reimbursement of litigation costs in the amount of $83,499.91, Class Representative Payments in the amount of $20,000.00, payment to the Labor and Workforce Development Agency ("LWDA") in the amount of $22,500.00, Individual PAGA Payments to PAGA Employees in the combined amount of $7,500.00, and Settlement Administration costs in the amount of $40,000.00. The Net Settlement Amount to be distributed to Participating Class Members was $491,500.09.

4. The total amount due under the Settlement was $950,000.00. The breakdown is as follows:

    a. $491,500.09 for gross payment of the Individual Settlement Payments to the 6,873 Participating Class Members.

    b. $7,500.00 for Individual PAGA Payments to the 6,892 PAGA Employees.

    c. $285,000.00 for payment of Class Counsel attorneys' fees.

    d. $83,499.91 for payment of Class Counsel attorneys' costs.

    e. $20,000.00 for a Class Representative Payment to Plaintiff David George Williams.

    f. $40,000.00 for payment of the Settlement Administration Expenses to ILYM Group.

    g. $22,500.00 for the LWDA payment to the LWDA.

5. On April 2, 2024, the payment of Class Counsel attorneys' fees and costs in the amount of $368,499.91, was completed.

6. On April 2, 2024, ILYM Group issued and mailed the Individual Settlement Payments to the 6,873 Participating Class Members. The total amount sent to the Participating Class Members was $491,500.09.

7. On April 2, 2024, ILYM Group issued and mailed the Individual PAGA Payments to the 6,892 PAGA Employees. The total amount sent to the PAGA Employees was $7,500.00.

8. On April 2, 2024, ILYM Group issued and mailed a Class Representative Payment to Plaintiff David George Williams, in the amount of $20,000.00.

9. On April 2, 2024, payment of the Settlement Administration Expenses to ILYM Group, in the amount of $40,000.00, was completed.

10. On April 2, 2024, ILYM Group issued and mailed the LWDA Payment to the LWDA, in the amount of $22,500.00.

11. The deadline for the Participating Class Members and PAGA Employees to cash their Individual Settlement Payments and Individual PAGA Payments was July 31, 2024, 120 days after its issuance.

1  12.   As of this date of declaration, there are 2,503 uncashed settlement checks, totaling
2  $160,588.48.
3  13.   Pursuant with the terms of the Parties' Settlement Agreement, no later than September
4  4, 2024, individual settlement amounts associated with the uncashed checks will be distributed to
5  the members of the class who cashed their checks.

7  I declare under penalty of perjury under the laws of the State of California and the
8  United States that the foregoing is true and correct to the best of my knowledge and that this
9  Declaration was executed this 30th of July 2024, at Tustin, California.

_____
CASSANDRA POLITES