**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (SBN 229832)
cja@ackermanntilajef.com
Avi Kreitenberg (SBN 266571)
ak@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Phone: (310) 277-0614
Fax: (310) 277-0635

**JOSHUA KLUGMAN, ESQ.**
Joshua Klugman (SBN 236905)
esquirejosh@yahoo.com
9538 Pico Boulevard, Suite 200
Los Angeles, California 90035
Phone: (424) 248-5148

Attorneys for Plaintiff and the Putative Class

*Additional Counsel Listed on Next Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:22-CV-1892-VC<br><br>CLASS ACTION<br><br>**FIRST AMENDED DECLARATION OF CASSANDRA POLITES OF ILYM GROUP, INC., REGARDING DISBURSEMENT OF SETTLEMENT FUNDS** |

**GIBSON, DUNN & CRUTCHER LLP**
Timothy W. Loose (SBN 241037)
tloose@gibsondunn.com
Lauren M. Blas (SBN 296823)
lblas@gibsondunn.com
Ariana H. Sanundo (SBN 324361)
asanudo@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Phone: (213) 229-7000

**GIBSON, DUNN & CRUTCHER LLP**
Kory Hines (admitted *pro hac vice*)
khines@gibsondunn.com
200 Park Avenue
New York, New York 10166
Phone: (212) 351-4000

Attorneys for Defendant

**FIRST AMENDED OF CASSANDRA POLITES**

I, Cassandra Polites, declare as follows:

1. I am a resident of the United States of America and am over the age of 18. I am the Operations Manager for ILYM Group, Inc., ("ILYM Group"), the professional settlement services provider that has been retained by the Parties to serve as the Settlement Administrator for the above captioned *Williams v. Amazon.Com Services LLC* matter. I am authorized to make this declaration on behalf of ILYM Group and myself. The following statements are based on my own personal knowledge and information provided by other ILYM Group employees working under my supervision and, if called upon to testify, I could and would testify competently to such facts.

2. This declaration corrects the information and supplements the Declaration of Cassandra Polites of ILYM Group, Inc., Regarding Disbursement of Settlement Funds, which was executed on September 23, 2024.

3. On January 23, 2024, the Court granted final approval of the class action settlement. The settlement provides for a Gross Settlement Amount of $950,000.00. The Court approved Class Counsel's attorneys' fees in the amount of $285,000.00, reimbursement of litigation costs in the amount of $83,499.91, a Class Representative Payment in the amount of $20,000.00, payment to the Labor and Workforce Development Agency ("LWDA") in the amount of $22,500.00, Individual PAGA Payments to PAGA Employees in the combined amount of $7,500.00, and Settlement Administration costs in the amount of $40,000.00. The Net Settlement Amount to be distributed to Participating Class Members was $491,500.09.

4. Pursuant to the Agreement and the Court's Order Granting Final Approval of Class Action Settlement as Amended (the "FA Order"), ILYM should hold 10% of the attorney's fees ($28,500.00) until after the Post-Distribution Accounting has been filed. Therefore, ILYM held this amount and will continue to hold until after the Post-Distribution Accounting has been filed.

5. My previous declarations of disbursement of funds inadvertently noted that all funds had been disbursed when, in fact, ILYM had indeed complied with the Court's FA Order to withhold 10% of the attorney's fees ($28,500.00) and continues to do so.

6. On April 2, 2024, the payment of Class Counsel attorneys' fees in the amount of $256,500.00, was completed.

7. On April 2, 2024, the payment of Class Counsel attorneys' costs in the amount of $83,499.91, was completed.

8. On April 2, 2024, ILYM Group issued and mailed the Individual Settlement Payments to the 6,873 Participating Class Members. The total amount sent to the Participating Class Members was $491,500.09.

9. On April 2, 2024, ILYM Group issued and mailed the Individual PAGA Payments to the 6,892 PAGA Employees. The total amount sent to the PAGA Employees was $7,500.00.

10. On April 2, 2024, ILYM Group issued and mailed a Class Representative Payment to Plaintiff David George Williams, in the amount of $20,000.00.

11. On April 2, 2024, payment of the Settlement Administration Expenses to ILYM Group, in the amount of $40,000.00, was completed.

12. On April 2, 2024, ILYM Group issued and mailed the LWDA Payment to the LWDA, in the amount of $22,500.00.

13. The deadline for the Participating Class Members and PAGA Employees to cash their Individual Settlement Payments and Individual PAGA Payments was July 31, 2024, 120 days after its issuance.

14. 2,503 settlement checks, totaling $160,588.48, remained uncashed after the check cashing deadline.

15. Pursuant with the terms of the Parties' Settlement Agreement, any funds associated with checks that were not cashed by the check cashing deadline, became void and the Individual Settlement Amounts associated with the uncashed checks were redistributed pro-rata to Participating Class Members who cashed their settlement check.

16. On September 4, 2024, ILYM Group issued and mailed the redistributed, pro rata settlement amounts to the Participating Class Members who cashed their checks.

17. The deadline for the Participating Class Members who cashed their settlement check to cash their redistributed pro-rata settlement check is January 2, 2025, 120 days after its issuance.

1  I declare under penalty of perjury under the laws of the State of California and the
2 United States that the foregoing is true and correct to the best of my knowledge and that this
3 Declaration was executed this 7th of October 2024, at Tustin, California.

_____
CASSANDRA POLITES