**ACKERMANN & TILAJEF, P.C.**
Craig Ackermann (SBN 229832)
cja@ackermanntilajef.com
Avi Kreitenberg (SBN 266571)
ak@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Phone: (310) 277-0614
Fax: (310) 277-0635

**JOSHUA KLUGMAN, ESQ.**
Joshua Klugman (SBN 236905)
esquirejosh@yahoo.com
9538 Pico Boulevard, Suite 200
Los Angeles, California 90035
Phone: (424) 248-5148

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID GEORGE WILLIAMS, an individual, on behalf of the State of California, as a private attorney general, and on behalf of all Aggrieved Employees<br><br>PLAINTIFF,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 TO 50,<br><br>DEFENDANTS. | CASE NO.: 3:22-CV-01892-VC<br><br>**DECLARATION OF CRAIG J. ACKERMANN REGARDING DISBURSEMENT OF SETTLEMENT FUNDS**<br><br>Hearing Place: Courtroom 5<br>Judge: Honorable Vince Chhabria<br><br>Action Filed: March 18, 2021<br>FAC Filed: May 5, 2021<br>SAC Filed: March 8, 2022<br>Removal Date: March 24, 2022<br>TAC Filed: June 21, 2022 |

I, Craig J. Ackermann, Esq., declare as follows:

1. I am an attorney licensed to practice law before this Court and the federal and state courts of California, Washington State, and Texas. I am over 18 years of age. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them.

2. I am a founding shareholder in the law firm of Ackermann & Tilajef, P.C., co-counsel of record (along with Joshua Klugman of Joshua Klugman, Esq.) for Plaintiff David George Williams ("Plaintiff" or "Class Representative") and the settlement class (the "Class") in the above-captioned matter. I submit this Declaration regarding disbursement of settlement funds.

3. I have no knowledge of the existence of any conflicting interests between my firm and any of its attorneys and our co-counsel on the one hand, and Plaintiff or any other Class Member, on the other.

4. The Court has finally approved the class action settlement between Plaintiff and Defendant Amazon.com Services LLC ("Defendant" or "Amazon") (collectively with Plaintiff, the "Parties"). *See* Order Granting Final Approval of Class Action Settlement as Amended (the "FA Order") (Doc. 76).

5. The FA Order approves Class Counsel's attorneys' fees in the amount of $285,000. Pursuant to the Parties' Revised Settlement Agreement and Release of Class Action (the "Settlement" or "Agreement") (Doc. 68-1) and the FA Order, ILYM Group, Inc., the Settlement Administrator, should hold back 10% of the attorneys' fees ($28,500.00) until after the Post-Distribution Accounting has been filed. ILYM has complied with the Court's FA Order to withhold 10% of the attorneys' fees and continues to do so. *See* First Amended Declaration of Cassandra Polites of ILYM Group, Inc. Regarding Disbursement of Settlement Funds, ¶5.

6. Pursuant to the Agreement, any funds associated with checks that were not cashed by the check cashing deadline became void and the Individual Settlement Amounts associated with the uncashed checks were redistributed pro-rata to Participating Class Members who cashed their settlement check. The redistributed, pro-rata settlement checks were issued by the Settlement

Administrator on September 4, 2024. The deadline for Participating Class Members who cashed their settlement check to cash their redistributed pro-rata settlement check is January 2, 2025.

7. After January 2, 2025, Plaintiff will file another declaration from the Settlement Administrator regarding any uncashed funds associated with the second disbursement and also ask the Court to issue an order allowing the balance of attorneys' fees to be paid out. The Parties anticipate proposing the State Bar Justice Gap Fund as the *cy pres* recipient for any uncashed funds remaining following the second disbursement.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October 15, 2024 in Beverly Hills, California.

*/s/ Craig J. Ackermann*
Craig J. Ackermann