**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (SBN 229832)
cja@ackermanntilajef.com
Avi Kreitenberg (SBN 266571)
ak@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Phone: (310) 277-0614
Fax: (310) 277-0635

**JOSHUA KLUGMAN, ESQ.**
Joshua Klugman (SBN 236905)
esquirejosh@yahoo.com
9538 Pico Boulevard, Suite 200
Los Angeles, California 90035
Phone: (424) 248-5148

Attorneys for Plaintiff and the Putative Class

*Additional Counsel Listed on Next Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:22-CV-1892-VC<br><br>CLASS ACTION<br><br>**DECLARATION OF CASSANDRA POLITES OF ILYM GROUP, INC., REGARDING REDISTRIBUTION OF UNCASHED SETTLEMENT FUNDS** |

- 1 -
Declaration of Cassandra Polites                                    Case No.: 3:22-cv-01892-VC

**GIBSON, DUNN & CRUTCHER LLP**
Timothy W. Loose (SBN 241037)
tloose@gibsondunn.com
Lauren M. Blas (SBN 296823)
lblas@gibsondunn.com
Ariana H. Sanundo (SBN 324361)
asanudo@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Phone: (213) 229-7000

**GIBSON, DUNN & CRUTCHER LLP**
Kory Hines (admitted *pro hac vice*)
khines@gibsondunn.com
200 Park Avenue
New York, New York 10166
Phone: (212) 351-4000

Attorneys for Defendant

## **DECLARATION OF CASSANDRA POLITES**

I, Cassandra Polites, declare as follows:

1. I am a resident of the United States of America and am over the age of 18. I am the Operations Manager for ILYM Group, Inc., ("ILYM Group"), the professional settlement services provider that has been retained by the Parties to serve as the Settlement Administrator for the above captioned *Williams v. Amazon.Com Services LLC* matter. I am authorized to make this declaration on behalf of ILYM Group and myself. The following statements are based on my own personal knowledge and information provided by other ILYM Group employees working under my supervision and, if called upon to testify, I could and would testify competently to such facts.

2. This declaration updates the information and supplements the First Amended Declaration of Cassandra Polites of ILYM Group, Inc., Regarding Disbursement of Settlement Funds, which was executed on October 7, 2024.

3. Pursuant to the Agreement and the Court's Order Granting Final Approval of Class Action Settlement as Amended (the "FA Order"), ILYM should hold 10% of the attorney's fees ($28,500.00) until after the Post-Distribution Accounting has been filed. Therefore, ILYM held this amount and will continue to hold until after the Post-Distribution Accounting has been filed.

4. Pursuant with the terms of the Parties' Settlement Agreement, any funds associated with checks that were not cashed by the check cashing deadline, became void and the Individual Settlement Amounts associated with the uncashed checks were redistributed pro-rata to Participating Class Members who cashed their settlement check.

5. On September 4, 2024, ILYM Group issued and mailed the redistributed, pro rata settlement amounts to the Participating Class Members who cashed their checks.

6. The deadline for the Participating Class Members who cashed their settlement check to cash their redistributed pro-rata settlement check is January 2, 2025, 120 days after its issuance.

7. A total of 1,089 settlement checks, totaling $36,065.23, remain uncashed after the check cashing deadline date.

8. Pursuant to the terms of the Parties' Settlement Agreement, individual settlement amounts associated with the uncashed checks will be distributed to State Bar Justice Gap Fund no later than March 3, 2025.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 20th of January 2025, at Tustin, California.

_____
CASSANDRA POLITES