**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (SBN 229832)
cja@ackermanntilajef.com
Avi Kreitenberg, Esq. (SBN 266571)
ak@ackermanntilajef.com
Brian Denlinger, Esq. (admitted *pro hac vice*)
bd@ackermanntilajef.com
315 S Beverly Drive, Suite 504
Beverly Hills, California 90212
Phone: 310-277-0614
Fax: 310-277-0635

**JOSHUA KLUGMAN, ESQ.**
Joshua Klugman (SBN 26905)
esquirejosh@yahoo.com
9538 Pico Blvd., #200
Los Angeles, CA 90035
Telephone: 424-248-5148

Attorneys for Plaintiff and the Putative Class

(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID GEORGE WILLIAMS, an individual, on behalf of the State of California, as a private attorney general, and on behalf of all Aggrieved Employees,<br><br>PLAINTIFF,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 TO 50,<br><br>DEFENDANTS. | Case No.: 3:22-CV-01892-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING *CY PRES* SELECTION AND DISBURSEMENT OF ATTORNEYS' FEES HOLDBACK**<br><br>Judge: Honorable Vince Chhabria<br><br>Action Filed: March 18, 2021<br>FAC Filed: May 5, 2021<br>SAC Filed: March 8, 2022<br>Removal Date: March 24, 2022<br>TAC Filed: June 21, 2022 |

**GIBSON, DUNN & CRUTCHER LLP**
Timothy W. Loose (SBN 241037)
tloose@gibsondunn.com
Lauren M. Blas (SBN 296823)
lblas@gibsondunn.com
Ariana Sañudo (SBN 324361)
asanudo@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000

**GIBSON, DUNN & CRUTCHER LLP**
Kory Hines, Esq. (admitted *pro hac vice*)
khines@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212-351-4000

Attorneys for Defendant

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Plaintiff David George Williams ("Plaintiff") and Defendant Amazon.com Services LLC ("Defendant") (together referred to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on January 23, 2024, this Court granted final approval to the Parties' class action settlement and entered its Order Granting Final Approval of Class Action Settlement as Amended (the "Final Approval Order") [Dkt. No. 76];

**WHEREAS**, Defendant fully funded the settlement and the Settlement Administrator, ILYM Group, Inc. ("ILYM") made all payments set forth in the Court's Final Approval Order;

**WHEREAS**, the Final Approval Order approved Class Counsel's attorneys' fees in the amount of $285,000 but ILYM is holding 10% of the attorney's fees ($28,500.00) until after the Post-Distribution Accounting has been filed pursuant to the Parties' agreement and the Court's Final Approval Order, *see* Declaration of Cassandra Polites of ILYM Group, Inc., Regarding Distribution of Uncashed Settlement Funds ("Polites Decl.") ¶3, filed herewith;

**WHEREAS**, pursuant to the Parties' Revised Settlement Agreement and Release of Class Action, any funds associated with checks that were not cashed by the check-cashing deadline became void and the Individual Settlement Amounts associated with the uncashed checks were redistributed pro-rata to Participating Class Members who cashed their settlement check, *see* Polites Decl. *Id.* at ¶4, and the redistributed, pro-rata settlement checks were issued by the Settlement Administrator on September 4, 2024, *id.* at ¶5;

**WHEREAS**, the deadline for Participating Class Members who cashed their settlement check to cash their redistributed pro-rata settlement check was January 2, 2025, and a total of 1,089 settlement checks, totaling $36,065.23, remain uncashed after the check-cashing deadline, *id.* at ¶¶6-7;

**WHEREAS**, by agreement of the Parties, ILYM will distribute the settlement amounts associated with the uncashed checks to the State Bar Justice Gap Fund no later than March 3, 2025, *id.* at ¶8;

**WHEREAS**, "*cy pres* distribution must be guided by (1) the objectives of the underlying statute(s) and (2) the interests of the silent class members." *Nachshin v. AOL, Ltd. Liab. Co.*, 663 F.3d 1034, 1039 (9th Cir. 2011). Here, the State Bar Justice Gap Fund is an appropriate *cy pres* recipient as it is involved in "protecting the rights of consumers and workers to avoid fraud and exploitation," which aligns with the purpose of Labor Codes §§ 2699 & 2802, which serve to protect the interests of workers. Furthermore, the plaintiff class is composed entirely of those who worked for Defendant in the state of California for a period of time, and the State Bar Justice Gap Fund serves the people of the State of California, meaning there is no dilutive broader nationwide geographic distribution of the funds.

**NOW, THEREFORE**, in light of the Parties' agreement, the Parties hereby stipulate and respectfully request that the Court allow for the State Bar Justice Gap Fund to be designated as the *cy pres* recipient for the uncashed funds remaining as agreed to by the Parties. The Parties hereby further stipulate and request that the Court issue an order for the Post-Distribution Accounting to be filed and for the balance of attorneys' fees—i.e., the 10% attorneys' fee holdback—to be paid to Class Counsel.

**IT IS SO STIPULATED.**

Dated: January 23, 2025          Respectfully submitted,

ACKERMANN & TILAJEF, P.C.

*/s/ Craig J. Ackermann*
CRAIG J. ACKERMANN (SBN 229832)
cja@ackermanntilajef.com
Avi Kreitenberg, Esq. (SBN 266571)
ak@ackermanntilajef.com
Brian Denlinger, Esq. (admitted *pro hac vice*)
bd@ackermanntilajef.com
ACKERMANN & TILAJEF, P.C.
315 S Beverly Drive, Suite 504
Beverly Hills, California 90212
(310) 277-0614
(310) 277-0635 (Fax)

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CY PRES SELECTION AND DISBURSEMENT OF ATTORNEYS' FEES HOLDBACK**

JOSHUA KLUGMAN (SBN 26905)
esquirejosh@yahoo.com
JOSHUA KLUGMAN, ESQ.
9538 Pico Blvd., #200
Los Angeles, CA 90035
Telephone: 424-248-5148

*Attorneys for Plaintiff, the putative Class, the LWDA, and the other Aggrieved Employees*

Dated: January 23, 2025                GIBSON, DUNN & CRUTCHER LLP

*/s/ Lauren Blas*
Timothy W. Loose (SBN 241037)
tloose@gibsondunn.com
Lauren M. Blas (SBN 296823)
lblas@gibsondunn.com
Ariana Sañudo (SBN 324361)
asanudo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000

Kory Hines, admitted *pro hac vice*
khines@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212-351-4000

*Attorneys for Defendant*

3
**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CY PRES SELECTION AND DISBURSEMENT OF ATTORNEYS' FEES HOLDBACK**

**[PROPOSED] ORDER**

Having considered the Joint Stipulation Regarding *cy pres* Selection and Disbursement of Attorneys' Fees Holdback, the Court hereby directs ILYM Group, Inc. to distribute the individual settlement amounts associated with the uncashed checks to the State Bar Justice Gap Fund, the *cy pres* recipient under the Settlement. The Court further orders ILYM Group, Inc. to disburse the attorney's fees holdback by _____ in light of the Post-Distribution Accounting being filed.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2025       _____
                                          HON. VINCE CHHABRIA
                                          UNITED STATES DISTRICT JUDGE