- 1 -

**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (SBN 229832)
cja@ackermanntilajef.com
Avi Kreitenberg (SBN 266571)
ak@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

**JOSHUA KLUGMAN, ESQ.**
Joshua Klugman (SBN 236905)
esquirejosh@yahoo.com
9538 Pico Boulevard, Suite 200
Los Angeles, California 90035
Phone: (424) 248-5148

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID GEORGE WILLIAMS, an individual, on behalf of the State of California, as a private attorney general, and on behalf of all Aggrieved Employees and all others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>DEFENDANTS. | Case No. 3:22-CV-01892-VC<br><br>**[PROPOSED] AMENDED FINAL JUDGMENT**<br><br>Judge: Honorable Vince Chhabria<br>Dept.: Courtroom 5<br><br>Action Filed: March 18, 2021<br>FAC Filed: May 5, 2021<br>SAC Filed: March 8, 2022<br>Removal Date: March 24, 2022<br>TAC Filed: June 21, 2022 |

On January 23, 2024, the Court entered an Order Granting Motion for Final Approval of the Class Action Settlement (the "Final Approval Order") between Plaintiff David George Williams ("Plaintiff") and Defendant Amazon.com Services LLC ("Defendant") (collectively the "Parties"). As set forth in the Court's Final Approval Order, all participating Class Members are hereby bound by the Final Approval Order and the terms of the parties' Revised Settlement Agreement and Release of Class Action [Dkt. 68-1] (the "Settlement Agreement").

**NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED:**

1. All defined terms herein shall have the same meaning as defined in the Settlement Agreement, which is incorporated herein by reference in its entirety.

2. The "Class" refers to *Plaintiff and all other California residents who are or were employed by Defendant, based at one of Amazon's nine California office locations (SJC3, SJC15, SFO10, SFO13, MRY11, SBP10, LAX10, SJC11, and SNA3), who worked remotely for at least one pay period during the Class Period, and who were assigned a registered USB security key and a Midway Pin by Defendant, and who neither received some amount of home Internet expense reimbursement for each month of their employment during the Class Period nor testified that they had been reimbursed at least a reasonable portion of their home internet expenses during the Class Period* (Settlement Agreement, ¶ 1.36). The Class Period shall mean the period from March 15, 2020 through July 1, 2022. The Class consists of 6,873 participating class members.[1]

3. Consistent with the Settlement Agreement, upon the Effective Date, the Releasing Parties shall be deemed to each release the Released Parties,[2] and each of them, of and from any and all Released Claims[3] arising during the Class Period.

---

[1] Of the 6,892 potential class members, 19 individuals requested exclusion from the Settlement.
[2] "Released Parties" means and refers to: "Defendant and all of its subsidiaries, affiliates, shareholders, members, agents, predecessors, officers, directors, successors, and assigns." (Settlement Agreement, ¶ 1.32).
[3] "Released Claims" means and refers to: "any and all claims, obligations, demands, rights, causes of action, and liabilities against Defendant, including PAGA claims, that were or could have reasonably been alleged based upon the facts pleaded in the Action and the PAGA claim notices

4. Defendant funded the settlement in the amount of $950,000 in accordance with the terms of the Settlement Agreement and the allocations set forth in the Final Approval Order.

5. After deductions for attorneys' fees, costs, Plaintiff's service award, and settlement administration costs, the remainder of $491,500.09 constituted the Net Settlement Amount payable to the participating Class Members (excluding those persons who timely requested exclusion) and was properly distributed as set forth and in accordance with the Settlement Agreement and as calculated by the Settlement Administrator. The Settlement Administrator reports that the total amount that was actually paid to Class Members was $491,500.09.

6. The Settlement Administrator reports that, after the initial distribution and pro-rata redistribution, a total of 1,089 settlement checks remain uncashed for the total amount of $36,065.23. The Court approves the State Bar Justice Gap Fund as the *cy pres* beneficiary for these uncashed funds. No later than March 3, 2025, the amounts associated with these uncashed checks will be sent to the State Bar Justice Gap Fund, thereby exhausting the Net Settlement.

7. The Court retains continuing jurisdiction over the Action and the Settlement solely for purposes of (a) enforcing the Settlement Agreement, (b) addressing settlement administration matters, and (c) addressing such post-Judgment matters as may be appropriate under court rules or applicable law.

8. This Amended Final Judgment is intended to be a final disposition of the above captioned action in its entirety and is intended to be immediately appealable. This Judgment resolves and extinguishes all claims released by the Settlement Agreement against Defendant. Nothing in this Amended Final Judgment is or may be deemed to be an admission by Defendant, nor is the Judgment a finding of the validity of any allegations or of any wrongdoing by Defendant. Neither the Judgment, Order, the Settlement Agreement, nor any document referred

---

that Plaintiff provided to the LWDA prior to commencing the Action. The Released Claims here are limited to the identical factual predicates set forth in Plaintiff's operative Complaint." (Settlement Agreement, ¶ 1.31).

- 4 -

to therein, nor any action taken to carry out the Settlement Agreement, may be construed as, or may be used as, an admission of any fault, wrongdoing, omission, concession, or liability whatsoever by or against Defendant.

**THIS AMENDED FINAL JUDGMENT IS HEREBY ENTERED.**

DATED: _____

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA