**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (SBN 229832)
cja@ackermanntilajef.com
Avi Kreitenberg (SBN 266571)
ak@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Phone: (310) 277-0614
Fax: (310) 277-0635

**JOSHUA KLUGMAN, ESQ.**
Joshua Klugman (SBN 236905)
esquirejosh@yahoo.com
9538 Pico Boulevard, Suite 200
Los Angeles, California 90035
Phone: (424) 248-5148

Attorneys for Plaintiff and the Putative Class

*Additional Counsel Listed on Next Page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID WILLIAMS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 3:22-CV-1892-VC <br><br> <u>CLASS ACTION</u> <br><br> **SUPPLEMENTAL DECLARATION OF CASSANDRA POLITES OF ILYM GROUP, INC., REGARDING REDISTRIBUTION OF UNCASHED SETTLEMENT FUNDS** |

**GIBSON, DUNN & CRUTCHER LLP**
Timothy W. Loose (SBN 241037)
tloose@gibsondunn.com
Lauren M. Blas (SBN 296823)
lblas@gibsondunn.com
Ariana H. Sanundo (SBN 324361)
asanudo@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Phone: (213) 229-7000

**GIBSON, DUNN & CRUTCHER LLP**
Kory Hines (admitted *pro hac vice*)
khines@gibsondunn.com
200 Park Avenue
New York, New York 10166
Phone: (212) 351-4000

Attorneys for Defendant

Supplemental Declaration of Cassandra Polites                    Case No.: 3:22-cv-01892-VC

## SUPPLEMENTAL DECLARATION OF CASSANDRA POLITES

I, Cassandra Polites, declare as follows:

1.      I am a resident of the United States of America and am over the age of 18. I am the Operations Manager for ILYM Group, Inc., ("ILYM Group"), the professional settlement services provider that has been retained by the Parties to serve as the Settlement Administrator for the above captioned *Williams v. Amazon.Com Services LLC* matter. I am authorized to make this declaration on behalf of ILYM Group and myself. The following statements are based on my own personal knowledge and information provided by other ILYM Group employees working under my supervision and, if called upon to testify, I could and would testify competently to such facts.

2.      This declaration updates the information and supplements the First Amended Declaration of Cassandra Polites of ILYM Group, Inc., Regarding Disbursement of Settlement Funds, which was executed on October 7, 2024 and the Declaration of Cassandra Polites of ILYM Group, Inc., Regarding Redistribution of Uncashed Settlement Funds, which was executed on January 20, 2025.

3.      After the notice response deadline period, ILYM Group has received 19 requests for exclusion from the Settlement.  The deadline to request for exclusion from the Settlement was October 30, 2023.

4.      ILYM Group has not received any months worked disputes. The deadline to file a dispute was October 30, 2023.

5.      ILYM Group has not received an objection to the Settlement. The deadline to file an objection to the Settlement was October 30, 2023.

6.      There are 6,873 Class Members who did not submit a timely and valid Request for Exclusion and are therefore deemed to be Participating Class Members. Their Individual Settlement Awards were allocated on a *pro rata* basis using each Participating Class Member's number of months worked during the Class Period.

7.      On January 23, 2024, the Court granted final approval of the class action settlement. The settlement provides for a Gross Settlement Amount of $950,000.00. The Court approved Class Counsel's attorneys' fees in the amount of $285,000.00, reimbursement of litigation costs in the

amount of $83,499.91, Class Representative Payments in the amount of $20,000.00, payment to the Labor and Workforce Development Agency ("LWDA") in the amount of $22,500.00, Individual PAGA Payments to PAGA Employees in the combined amount of $7,500.00, and Settlement Administration costs in the amount of $40,000.00. The Net Settlement Amount to be distributed to Participating Class Members was $491,500.09.

8.    ILYM Group received the settlement funds in the amount of $950,000.00 on March 7, 2024.

9.    On April 2, 2024, the payment of Class Counsel attorneys' fees in the amount of $256,500.00, was completed.

10.    On April 2, 2024, the payment of Class Counsel attorneys' costs in the amount of $83,499.91, was completed.

11.    Pursuant to the Agreement and the Court's Order Granting Final Approval of Class Action Settlement as Amended (the "FA Order"), ILYM should hold 10% of the attorney's fees ($28,500.00) until after the Post-Distribution Accounting has been filed. Therefore, ILYM held this amount and will continue to hold until after the Post-Distribution Accounting has been filed.

12.    On April 2, 2024, payment of the Settlement Administration Expenses to ILYM Group, in the amount of $40,000.00, was completed.

13.    On April 2, 2024, ILYM Group issued and mailed the LWDA Payment to the LWDA, in the amount of $22,500.00.

14.    On April 2, 2024, ILYM Group issued and mailed a Class Representative Payment to Plaintiff David George Williams, in the amount of $20,000.00.

15.    On April 2, 2024, ILYM Group issued and mailed the Individual Settlement Payments to the 6,873 Participating Class Members. The total amount sent to the Participating Class Members was $491,500.09.

16.    On April 2, 2024, ILYM Group issued and mailed the Individual PAGA Payments to the 6,892 PAGA Employees. The total amount sent to the PAGA Employees was $7,500.00.

17.    The *highest* Individual Settlement Share to a Settlement Class Member is approximately $119.44, the *average* Individual Settlement Share is approximately $72.40, the *median* Individual

Supplemental Declaration of Cassandra Polites                              Case No.: 3:22-cv-01892-VC

Settlement Share is approximately $79.63, and the *lowest* Individual Settlement Share is approximately $0.15.

18.     A total of 2,503 uncashed settlement checks totaling $160,588.48 remain uncashed after the check cashing deadline.

19.     Pursuant with the terms of the Parties' Settlement Agreement, any funds associated with checks that were not cashed by the check cashing deadline became void and the Individual Settlement Amounts associated with the uncashed checks were redistributed pro-rata to Participating Class Members who cashed their settlement check.

20.     As part of the preparation for mailing redistributed settlement checks, all 4,389 names and addresses contained in the redistribution list were then processed against the National Change of Address ("NCOA") database, maintained by the United States Postal Service ("USPS"), for purposes of updating and confirming the mailing addresses of the Settlement Class Members before mailing of the redistributed settlement checks.  The NCOA contains requested change of addresses filed with the USPS.  To the extent that an updated address was found in the NCOA database, the updated address was used for the mailing of the redistributed settlement checks.  To the extent that no updated address was found in the NCOA database, the original address provided by Counsel for Defendant was used for the mailing of the redistributed settlement checks.  ILYM was able to update 304 addresses.

21.     On September 4, 2024, ILYM Group issued and mailed the redistributed pro rata settlement amounts to the 4,389 Participating Class Members who cashed their checks.

22.     The deadline for the Participating Class Members who cashed their initial settlement check to cash their redistributed pro-rata settlement check was January 2, 2025, 120 days after its issuance.

23.     During the check-cashing period, 59 checks have been returned to our office of which none had a forwarding address. ILYM Group performed a computerized skip trace on the 59 returned checks, in an effort to obtain an updated address for the purpose of re-mailing the redistributed settlement checks.  As a result of this skip trace, 32 updated addresses were obtained and the redistributed settlement checks were promptly re-mailed via U.S First Class Mail.

24.     As of the date of this declaration, a total of 32 settlement checks have been re-mailed as a result of ILYM Group's skip tracing efforts.

25.     A total of 1,089 redistributed settlement checks, totaling $36,065.23, remain uncashed after the check cashing deadline date.

26.     Pursuant to the terms of the Parties' Settlement Agreement, individual settlement amounts associated with the uncashed checks will be distributed to State Bar Justice Gap Fund no later than March 3, 2025.


I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 7th of February 2025, at Tustin, California.


_____
CASSANDRA POLITES